# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00397-CV
_____

### IN RE JAKE RAULZ

---

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 10-02-00994-CV**

---

### ORDER

Jake Raulz filed a petition for writ of mandamus. The relator is a party in Cause Number 10-02-00994-CV, *In the Interest of C.H.R and G.S.R.* Relator seeks a writ compelling the Honorable Patrice McDonald, Judge of the County Court at Law No. 3 of Montgomery County, Texas, to render a final judgment based on the parties' mediated settlement agreement. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2018).

Relator requests that the trial be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue

1

prejudice. It is ORDERED that the trial on the merits in Cause Number 10-02-00994-CV is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). We expressly do not stay the October 22, 2018 hearing or the trial court's consideration and ruling on the pretrial motions, including the motions to enter judgment, the motion to strike the mediated settlement agreement, and the motion for continuance. No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Janette Smith, is due October 29, 2018.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED October 18, 2018.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.